JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Joseph Shai*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| JOSEPH SHAI, | Case No.: 2:18-cv-00019-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| STATION CASINOS LLC, a Nevada Limited Liability Company; NP SUNSET LLC, d/b/a SUNSET STATION HOTEL AND CASINO, a Nevada Limited Liability Company; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive, | |
| Defendants. | |

Plaintiff JOSEPH SHAI ("Plaintiff") and Defendants STATION CASINOS LLC, and NP SUNSET LLC, d/b/a SUNSET STATION HOTEL AND CASINO ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

1

KEMP & KEMP
ATTORNEYS AT LAW
624 N. RAINBOW BOULEVARD
LAS VEGAS, NEVADA 89107
TEL. (702) 258-1183 ♦ Fax (702) 258-6983

Dated: March 30, 2018

Respectfully submitted,

/s/ Victoria L. Neal
VICTORIA L. NEAL, ESQ.
KEMP & KEMP)

Attorney for Plaintiff
JOSEPH SHAI

Dated: March 30, 2018

Respectfully submitted,

/s/ Kevin D. Harlow
KEVIN D. HARLOW, ESQ.
DLA PIPER LLP (US)

Attorney for Defendants
STATION CASINOS LLC, and NP SUNSET LLC, d/b/a SUNSET STATION HOTEL AND CASINO

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: March 30, 2018

2:18-cv-019-APG-NJK

**HONORABLE ANDREW P. GORDON**
**UNITED STATES DISTRICT COURT JUDGE**

2